940

No. 334, Misc.  BILDERBACK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 348, Misc.  JOHN *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 360, Misc.  CIHA *v.* ILLINOIS.  Criminal Court of Cook County, Illinois.  Certiorari denied.  Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 409, Misc.  LITTERIO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 478, Misc.  PURSER *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 480, Misc.  JONES *v.* MISSOURI.  Supreme Court of Missouri.  Certiorari denied.

No. 484, Misc.  HARLEY *v.* ALVIS, WARDEN.  Supreme Court of Ohio.  Certiorari denied.  *George Bailes* for petitioner.

No. 487, Misc.  JACKSON *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 492, Misc.  JONES *v.* WARDEN, MARYLAND PENITENTIARY.  Court of Appeals of Maryland.  Certiorari denied.